IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAURA OFELIA VILLA-GARCIA, | Civil Action File No. |
| Plaintiff, | 1:17-cv-01834-TWT |
| vs. | |
| LATIN MUNDO #2, INC., and JULIO C. MENDEZ ARREDONDO, | |
| Defendants. | |

## ORDER

This matter is before the Court on a Joint Motion to Approve FLSA Settlement and to Dismiss Action with Prejudice (the "Joint Motion"). [Dkt. 22]

The Court has reviewed the parties' written settlement agreement that was filed with the Joint Motion, to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act (the "FLSA"). See *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the parties' Agreement and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement were reached in an adversarial context with the assistance of legal counsel; (2) the terms of the Settlement Agreement are fair and reasonable and represent an adequate resolution of this action; and (3) the attorneys fees including the rates charged by counsel and the additional contractual

requirement of twenty-five percent of liquidated damages, are reasonable and customary.

Upon consideration of the parties' Joint Motion, the Court ORDERS that the payment of the settlement amounts referenced in the Settlement Agreement shall be made as provided in the Settlement Agreement, and the costs of litigation, including attorneys' fees, shall be paid as set forth in the Settlement Agreement. The Court further ORDERS that this case is hereby dismissed with prejudice with the Court reserving jurisdiction to enforce the Settlement Agreement if necessary.

SO ORDERED, this 20th day of February, 2018.

**/s/Thomas W. Thrash**
Thomas W. Thrash, Jr.
UNITED STATES DISTRICT JUDGE